*E-FILED: May 29, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL TELLES and MIGUEL ANGEL LOPEZ SANTIAGO,<br><br>              Plaintiffs,<br>    v.<br><br>SU JUAN LI dba MA'S RESTAURANT; LAVENDER INVESTMENT, INC. dba MA'S RESTAURANT; YURONG LIANG dba MA'S RESTAURANT; GOLDEN CREEK INVESTMENT, INC.; MA'S RESTAURANT,<br><br>              Defendants.<br>_____ / | No. C11-01470 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Because plaintiffs have moved for entry of judgment, but not all parties have consented to magistrate judge jurisdiction, the undersigned lacks jurisdiction to hear plaintiffs' motion. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge. See 28 U.S.C. § 636. All previously scheduled hearings and appearances before the undersigned are vacated.

Dated: May 29, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1  5:11-cv-01470-HRL Notice has been electronically mailed to:

2  James Dal Bon     jdblaw@earthlink.net, jl.jdblaw@earthlink.net, margainlaw@hotmail.com

2