**United States District Court**
For the Northern District of California

1

2                                          \*E-FILED:  May 29, 2012\*

3

4

5

6

7                                 NOT FOR CITATION

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11  GABRIEL TELLES and MIGUEL ANGEL            No. C11-01470 HRL
    LOPEZ SANTIAGO,

12                                             **ORDER THAT CASE BE REASSIGNED**
                  Plaintiffs,                  **TO A DISTRICT JUDGE**

13        v.

14  SU JUAN LI dba MA'S RESTAURANT;
    LAVENDER INVESTMENT, INC. dba MA'S

15  RESTAURANT; YURONG LIANG dba MA'S
    RESTAURANT; GOLDEN CREEK

16  INVESTMENT, INC.; MA'S RESTAURANT,

17                  Defendants.
                                          /

18

19        Because plaintiffs have moved for entry of judgment, but not all parties have consented

20  to magistrate judge jurisdiction, the undersigned lacks jurisdiction to hear plaintiffs' motion.

21  Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case

22  to a district judge.  See 28 U.S.C. § 636.  All previously scheduled hearings and appearances

23  before the undersigned are vacated.

24  Dated: May 29, 2012

25                                          _____
                                            HOWARD R. LLOYD
26                                          UNITED STATES MAGISTRATE JUDGE

27

28

**United States District Court**
For the Northern District of California

1   5:11-cv-01470-HRL Notice has been electronically mailed to:

2   James Dal Bon      jdblaw@earthlink.net, jl.jdblaw@earthlink.net, margainlaw@hotmail.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28